UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**VERSACE ALAN SCOTT**                                                                      **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 1:24-CV-P34-CRS**

**RANDI THOMAS EMBRY** *et al.*                                      **DEFENDANTS**

## MEMORANDUM AND ORDER

      Plaintiff Versace Alan Scott filed the instant *pro se* 42 U.S.C. § 1983 prisoner civil-rights action. By Memorandum and Order entered March 7, 2024, the Court denied Plaintiff's application to proceed without prepayment of fees finding that Plaintiff was subject to the "three-strikes" bar of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g) (DN 5). The Court then ordered Plaintiff to pay the $405.00 filing fee for this action within 30 days. The Order warned Plaintiff that failure to pay the filing fee in full within the time allotted would result in dismissal of the action.

      More than 30 days have passed, and Plaintiff has not complied with that Order. The Court, therefore, will dismiss the action for failure to comply with an Order of the Court and for failure to prosecute.

      Dismissal of this action, however, does not relieve Plaintiff of his responsibility to pay the filing fee in this action. *In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002). The obligation to pay the filing fee attaches when a prisoner "brings a civil action." *Id*. "The subsequent dismissal of the action under § 1915(g) for failure to pay that fee does not negate or nullify the litigant's continuing obligation to pay the fee in full." *Id*.

      Accordingly, **the prior Order (DN 5) obligating Plaintiff to pay the $405.00 filing fee in this action remains in full effect.**

**IT IS THEREFORE ORDERED that Logan County Detention Center shall forward $405.00 from Plaintiff's inmate account to the Clerk for full payment of the filing fee.** All payments shall be made payable to **Clerk, U.S. District Court,** and sent to the following address: Office of the Clerk, United States District Court, Western District of Kentucky, 601 West Broadway, Ste. 106, Louisville, Kentucky 40202-2249.

Date: April 10, 2024

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*
    Financial Section, USDC, WDKY
    LCDC, Attn: Inmate Accounts
4411.011